UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TOM SABATANO and DANIEL  :
BARZOLOSKI, each individually and on  :
behalf of all others similarly situated,  :
          Plaintiffs,  :
                                          :        **ORDER OF DISMISSAL**
v.  :
                                          :        19 CV 8924 (VB)
IOVATE HEALTH SCIENCES U.S.A. INC.  :
a/k/a MUSCLETECH,  :
          Defendant.  :
--------------------------------------------------------------x

Briccetti, J.:

      The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 19, 2020. To be clear, any application to restore the action must be filed by August 19, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to terminate the letter motion (Doc. #27) and close this case.

Dated: July 20, 2020
       White Plains, NY                   SO ORDERED:

                                                                   _____
                                                                     Vincent L. Briccetti
                                                                     United States District Judge